IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                      :    Chapter 11
                                                           :
CHISHOLM OIL AND GAS NOMINEE, INC.                         :    Case No. 20-11595 (BLS)
                                                           :
            Reorganized Debtor.[1]                         :
                                                           :
------------------------------------------------------------ x

## NOTICE OF INITIAL DISTRIBUTION
## TO HOLDERS OF GENERAL UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that on June 17, 2020 (the "**Petition Date**"), Chisholm Oil and Gas Operating, LLC and its affiliated debtors (collectively, the "**Debtors**") each commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors were authorized to continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in the Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that on September 23, 2020, the Court entered an order [Case No. 20-11593, D.I. 322] (the "**Confirmation Order**") confirming the chapter 11 plan of reorganization (the "**Plan**")[2] for the above-captioned reorganized debtor (the "**Reorganized Debtor**"). On October 21, 2020, the Effective Date of the Plan occurred. [*See* Case No. 20-11593, D.I. 371]. On the same day, the Court entered an order closing the chapter 11 cases of the Debtors, other than the Reorganized Debtor, and amending the case caption in connection therewith. [*See* D.I. 373].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the GUC Claims Administrator (Simon Advisors LLC) was appointed following the Effective Date of the Plan to perform the duties and obligations of the GUC Claims Administrator under the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtor and the GUC Claims Administrator have completed the process of reviewing, reconciling, objecting, and otherwise resolving General Unsecured Claims in accordance with Article VII of the Plan.

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1558, and the Reorganized Debtor's mailing address is 1 West Third Street, Suite 1700, Tulsa, OK 74103. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of October 21, 2020: Chisholm Oil and Gas Operating, LLC (5382), Chisholm Oil and Gas Operating II, LLC (8730), Cottonmouth SWD, LLC (9849), and Chisholm Oil and Gas Management II, LLC (8174). [*See* Chapter 11 Case No. 20-11593, D.I. 373].

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article VI of the Plan, the Disbursing Agent, at the direction of the Reorganized Debtor, has made an initial distribution to holders of Allowed General Unsecured Claims (the "**Initial GUC Distribution**"). The Reorganized Debtor has consulted with the GUC Claims Administrator with respect to the Initial GUC Distribution, and the GUC Claims Administrator has no objection to the Initial GUC Distribution.

Dated: January 31, 2024
      Wilmington, Delaware

/s/ S. Alexander Faris
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: kenos@ycst.com
        afaris@ycst.com

-and-

**FOLEY & LARDNER LLP**
Thomas C. Scannell (admitted *pro hac vice*)
Timothy C. Mohan (admitted *pro hac vice*)
Stephen A. Jones (admitted *pro hac vice*)
2021 McKinney Avenue
Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Emails: tscannell@foley.com
        tmohan@foley.com
        sajones@foley.com

***Attorneys for the Reorganized Debtor***